# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TOMMY LOUIS DAVIS

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2022 CW 0616

**AUGUST 30, 2022**

---

In Re:   Tommy Louis Davis, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 675485.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

   **WRIT GRANTED WITH ORDER.**   Pursuant to the order of appeal signed by the district court on September 28, 2021, it is ordered that the East Baton Rouge Parish Clerk of Court prepare, file, and lodge with this court, on or before September 29, 2022 the record to be prepared in accordance with Rule 2, Uniform Rules of Louisiana Courts of Appeal and La. Code Civ. P. arts. 2121 *et seq.*

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT